**DISMISSED and Opinion Filed February 6, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

___

**No. 05-12-00250-CV**

___

**JOVITA OPARA, Appellant**
**V.**
**FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, Appellee**

___

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-087-C**

___

## MEMORANDUM OPINION
Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Fillmore

By order dated September 14, 2012, the Court ordered this appeal submitted without the reporter's record and notified appellant her brief was due thirty days from the date of the order. By postcard dated October 15, 2012, we notified appellant the time for filing her brief had expired. We directed appellant to file her brief and an extension motion within ten days. We cautioned appellant that if the brief and extension motion were not filed within ten days the appeal would be dismissed. To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c).


        _/Robert M. Fillmore_____
        ROBERT M. FILLMORE
        JUSTICE

120250F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

JOVITA OPARA, Appellant

No. 05-12-00250-CV          V.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION A/K/A FANNIE MAE,
Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-11-087-C.
Opinion delivered by Justice Fillmore.
Justices FitzGerald and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE recover its costs of this appeal from appellant JOVITA OPARA.

Judgment entered this 6th day of February, 2013.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE